AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

CU 237
4/25/22
12:20 pm

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use of A. West Enterprise, LLC, | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 3:22-cv-05288-MCR-EMT |
| W.W. Gay Fire Protection, Inc.<br>d/b/a W.W. Gay Fire & Integrated Systems, Inc. and<br>Westchester Fire Insurance Company, | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Westchester Fire Insurance Company
Chief Financial Officer of the State of Florida, Registered Agent
200 East Gaines Street
Tallahassee, Florida 32399-000


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew E. Eutzler
Moore, Clarke, DuVall & Rodgers, PC
2611 N. Patterson Street
2nd Floor
Valdosta, GA 31602


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
*CLERK OF COURT*

Date:   04/22/2022

/s/ Monica Broussard, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-05288-MCR-EMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Westchester Fire Insurance Co.
was received by me on *(date)* 4/25/22 11:08 a.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Brianna Lacey, Admin Secretary, who is designated by law to accept service of process on behalf of *(name of organization)* CFO, 200 E Gaines St Tallahassee, FL 32399 on *(date)* 4/25/22 12:20p; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/25/22

*Server's signature*

Kady, Christopher #237
*Printed name and title*

2957 Capitol Park Dr H 7 Tallahassee, FL
*Server's address*

Additional information regarding attempted service, etc:

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 3:22-CV-05288-MCR-EMT

Plaintiff:
**UNITED STATES OF AMERICA, for the use of A. West Enterprise, LLC**

vs.

Defendant:
**W.W. GAY FIRE PROTECTION, INC. d/b/a W.W. GAY FIRE & INTEGRATED SYSTEMS, INC. and WESTCHESTER FIRE INSURANCE COMPANY**

For:
MOORE, CLARKE, DUVALL & RODGERS, PC
2611 NORTH PATTERSON ST (31602)
POST OFFICE BOX 4540
VALDOSTA, GA 31604

KDY2022014780

Received by KD PROCESS on the 25th day of April, 2022 at 11:08 am to be served on **WESTCHESTER FIRE INSURANCE COMPANY C/O CFO, 200 E. GAINES STREET, TALLAHASSEE, FL 32399.**

I, Christopher Kady, do hereby affirm that on the **25th day of April, 2022 at 12:20 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT and $15.00 CHECK MADE PAYABLE TO THE CHIEF FINANCIAL OFFICER** with the date and hour of service endorsed thereon by me, to: **BRIANNA LARRY** as **ADMINISTRATIVE SECRETARY** authorized to accept service, of the within named corporation, at the address of: **200 EAST GAINES STREET, TALLAHASSEE, FL 32399** on behalf of **WESTCHESTER FIRE INSURANCE COMPANY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: BLACK, Height: 5'10", Weight: 250, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Christopher Kady
Process Server 237

KD PROCESS
2957 CAPITAL PARK DRIVE
SUITE # 7
TALLAHASSEE, FL 32301
(850) 545-3452

Our Job Serial Number: KDY-2022014780

Copyright © 1992-2022 Database Services, Inc - Process Server's Toolbox V8.1z